
FILED

MAY 13 2013

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BILLINGS DIVISION

| | |
|---|---|
| KRISTEE RAE LANG,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF BILLINGS (STATE OF MONTANA), UNIVERSITY SYSTEM, and the BILLINGS POLICE DEPARTMENT,<br><br>　　　　　　　　　　Defendants. | CV 13-03-BLG-SEH<br><br>ORDER |

United States Magistrate Judge Carolyn S. Ostby entered her Findings and Recommendations[1] on April 25, 2013. Plaintiff filed objections on May 7, 2013.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 14.

[2] Document No. 16.

Upon *de novo* review of the record, I find no error in Judge Ostby's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Complaint[3] is DISMISSED WITH PREJUDICE.

2. The Clerk of Court shall enter judgment accordingly.

DATED this 13th day of May, 2013.

SAM E. HADDON
United States District Judge

---

[3] Document No. 2.